UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY *Cg* ___ D.G.

05 JUL 11  PM 4:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

-v-                                    05-20105-01-Ma

CHRISTOPHER HOLLEY

**Arthur Quinn, CJA**
**Defense Attorney**
**1661 International Place Drive, Suite 300**
**Memphis, Tennessee    38120**

---

# JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant pleaded guilty to Count 1 of the Information on March 30, 2005.  Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1029(a)(1) | Trafficking in counterfeit devices | 05/01/2002 | 1 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

**Indictment # 04-20465-01-Ma is dismissed on the motion of the United States.**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.    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
Defendant's Date of Birth:    03/09/1975
Deft's U.S. Marshal No.:      18349-076

Date of Imposition of Sentence:
July 01, 2005

Defendant's Residence Address:
4180 Fredricks Avenue
Memphis, TN 38111

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July_____*11*____, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___*7-13-05*___

9

Case No: 05-20105-01-Ma
Defendant Name: Christopher Holley

# PROBATION

The defendant is hereby placed on probation for a term of **two (2) years,** which shall run consecutive to the sentence defendant is currently serving.

While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a firearm, ammunition, destructive device, or dangerous weapons. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such file or restitution.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

5. The defendant shall notify the probation officer **ten (10) days prior** to any change in residence or employment;

6. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

7. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

8. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

9. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

Case No: 05-20105-01-Ma
Defendant Name: Christopher Holley                                                    Page 3 of 4

10.   The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a
      law enforcement officer;

11.   The defendant shall not enter into any agreement to act as an informer or a special agent of a law
      enforcement agency without the permission of the court;

12.   As directed by the probation officer, the defendant shall notify third parties of risks that may be
      occasioned by the defendant's criminal record or personal history or characteristics, and shall permit
      the probation officer to make such notifications and to confirm the defendant's compliance with such
      notification requirement.

13.   If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release
      that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set
      forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

1.   The defendant shall participate as directed in a program (outpatient and/or inpatient)
     approved by the Probation Officer for treatment of narcotic addiction or drug or
     alcohol dependency which may include testing for the detection of substance use or
     abuse. Further, the defendant shall be required to contribute to the costs of services
     for such treatment not to exceed an amount determined reasonable by the Probation
     Officer.

2.   Defendant shall participate as directed in a program of mental health treatment
     approved by the Probation Officer.  Further, the defendant shall be required to
     contribute to the costs of services for such treatment not to exceed an amount
     determined reasonable by the Probation Officer.

3.   The defendant shall not possess firearms, ammunition or any other dangerous
     weapons or explosive devices.

4.   The defendant shall seek and maintain lawful full-time employment.

5.   The defendant shall cooperate in the collection of DNA as directed by the probation
     office.

Case No: 05-20105-01-Ma
Defendant Name: Christopher Holley

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| **$100.00** | | |

The Special Assessment shall be due immediately.

## FINE
No fine imposed.

## RESTITUTION
No Restitution was ordered.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in
case 2:05-CR-20105 was distributed by fax, mail, or direct printing on
July 13, 2005 to the parties listed.

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT